UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNSEL OF GREATER ST. LOUIS AND VICINITY, et al., ) ) ) ) Plaintiffs, ) ) vs. ) ) INDEPENDENT DRYWALL SYSTEMS, INC., ) ) ) ) Defendant. ) | Case No. 4:07CV00290 ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs' Motion to Compel Discovery [doc. #14]. On June 12, 2007, the Court entered a judgment in this action in the amount of $29,873.23 against Defendant. Plaintiffs state that they have not been able to collect all of the judgment. In the attempt to further their collection efforts, Plaintiffs seek to depose Michael J. Treiber, an officer of Defendant, and they also request the simultaneous production of documents pertaining to collection efforts. This deposition was set for February 19, 2008, at 10:00 a.m., but Michael J. Treibler failed to appear or produce any of the requested documents.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery [doc. #14] is **GRANTED.** Michael J. Triebler is ordered to appear for a post-judgment deposition at the offices of Plaintiffs' counsel on Monday, April 14, 2008, at 11:00 a.m. The failure to appear and produce the requested documents may result in a finding of contempt and the imposition of sanctions.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that this order be sent by both First-Class Mail and Certified Mail to Michael J. Triebler, C/O Independent Drywall Systems, Inc., 942 Hemsath Road, Saint Charles, Missouri 63303 and Michael J. Triebler, C/O Independent Drywall Systems, Inc., 1 Lone Eagle Trail, St. Charles, MO 63303.

Dated this 26th Day of March, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com